**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
El PASO DIVISION**

| | |
|---|---|
| DANIEL SIMPSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 03:16-CV-00510-DCG |
| ) | |
| PAM TRANSPORT CORP. and MARIO ) | |
| MENESES-RUIZ ) | |
| ) | |
| Defendants. ) | |

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, Daniel Simpson, and Defendants, PAM Transport Corp. and Mario Meneses Ruiz, by and through their attorneys of record, hereby notify the Court that they have reached a settlement in the above-referenced matter and that they will file formal documents dismissing the case within the next thirty (30) days. It is the intent of the parties that the Court maintain jurisdiction to enforce the terms of the settlement.

DATED:  April 23, 2018.

> THE HARBOUR LAW FIRM, P.C.
> *Local counsel for the plaintiff*
>
> by: /s/ *Cori A. Harbour-Valdez*
> Cori A. Harbour-Valdez, Esq.
> Texas Bar # 24004685
>
> 1522 Montana Avenue, 3rd floor
> El Paso, Texas 79902
> Tel: 915-544-7600
> Fax: 915-975-8036
> charbour@harbourlaw.net
>
> -and-
>
>
> THE BERKMAN LAW OFFICE, LLC
> *Attorneys for the plaintiff*
> Robert J. Tolchin, Esq.

1

rtolchin@berkmanlaw.com
Norman Steiner, Esq.
nsteiner@steinerlaw.com
111 Livingston Street, Suite 1928
Brooklyn, New York 11201
(718) 855-3627

**WINDLE HOOD NORTON**
**BRITTAIN & JAY LLP**
Chase Tower, Suite 1350
201 E. Main Drive
El Paso, Texas   79901
(915) 545-4900
(915) 545-4911 Fax
norton@windlehood.com

By:   /s/ Gary A. Norton
**GARY A. NORTON**
State Bar No. 15104750
Attorney for Defendant
PAM Transport Corp.

**CERTIFICATE OF SERVICE**

In accordance with Rule 5 of the Federal Rules of Civil Procedure, I hereby certify that, on April 23, 2018, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF System, which will give notice of the filing of this instrument to the following persons:

Cori A. Harbour-Valdez
1522 Montana Avenue, 3rd Floor
El Paso, Texas  79902

Robert J. Tolchin
Norman Steiner
The Berkman Law Office, LLC
111 Livingston Street, Suite 1928
Brooklyn, New York  11201

/s/ Gary A. Norton
**GARY A. NORTON**