UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| **DANIEL SIMPSON** | § | |
| *Plaintiff,* | § | |
| v. | § | |
| | § | EP-16-CV-00510-DCG |
| **PAM TRANSPORT, CORP.** and | § | |
| **MARIO MENESES-RUIZ,** | § | |
| | § | |
| *Defendants.* | § | |

**ORDER DISMISSING CASE**

On July 23, 2018, the parties in the above-captioned case filed a "Stipulation for Dismissal with Prejudice" (ECF No. 30), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). In view thereof, the Court enters the following orders:

**IT IS ORDERED** that all claims asserted by Plaintiff Daniel Simpson against Defendants PAM Transport, Crop. and Mario Meneses-Ruiz in the above-captioned case are **DISMISSED WITH PREJUDICE** and without costs to either side.

**IT IS FINALLY ORDERED** that the District Clerk shall **CLOSE** this case.

So ORDERED and SIGNED this 23rd day of July 2018.

DAVID C. GUADERRAMA
UNITED STATES DISTRICT JUDGE